RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2, 5, 07
BY DM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| EXPRESSJET AIRLINES, INC. D/B/A CONTINENTAL EXPRESS | : | Civil No. CV05-1565-S |
|---|---|---|
| v. | : | JUDGE HICKS |
| CITY OF SHREVEPORT D/B/A SHREVEPORT AIRPORT AUTHORITY | : | MAGISTRATE JUDGE HORNSBY |

## ORDER

Presently pending before the Court is the Motion for Partial Summary Judgment (Document No. 16) filed by plaintiff, ExpressJet Airlines, Inc. d/b/a Continental Express ("ExpressJet"), on August 29, 2006. Defendant, the City of Shreveport d/b/a/ Shreveport Airport Authority (the "City"), has not opposed the motion.

ExpressJet's Motion for Partial Summary Judgment claims that the City has breached paragraph 3(B) of a Lease Agreement between the parties by unilaterally withdrawing funds from a maintenance reserve fund established for the exclusive use of ExpressJet (the "Reserve Fund"). ExpressJet further claims that the City used the funds for purposes of completing the roof project that is the subject of ExpressJet's main demand in the suit.

The City now advises that it has replenished the Reserve Fund with the funds that were removed therefrom plus interest that would have accrued on the funds removed had they remained in the Reserve Fund. Accordingly, ExpressJet's Motion for Partial Summary Judgment is hereby **DENIED AS MOOT.**

Shreveport, Louisiana, this 5th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE